**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Anya Lee JACKSON, Defendant—**
**Appellant.**

No. 09–7939.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

Anya Lee Jackson, Appellant Pro Se. Rose Mary Sheppard Parham Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anya Lee Jackson appeals the district court's order denying Jackson's 18 U.S.C. § 3582(c) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson,* No. 4:07–cr–00902–TLW–1 (D.S.C. filed June 30, 2009; entered July 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*